RECEIVED
FEB - 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| ADAM POIRRIER, III | CIVIL ACTION NO. 07-1806 |
| VS. | SECTION P |
| ROBERTA BOUDREAUX, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915(d)(2)(b)(i) and (ii) and 1915A(b)(1).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ___7___ day of ___February___, 20_08_.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE